# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NAT'L PENSION FUND, et al., <br> Plaintiffs, <br><br> v. <br><br> SOUTHWEST AIR CONDITIONING, INC., <br> Defendant. | Case No. 1:18cv578 |

## ORDER

On August 31, 2018, United States Magistrate Judge John F. Anderson entered a Report and Recommendation ("Report") in this ERISA and LMRA action, recommending that plaintiffs' motion for default judgment be granted. Specifically, Judge Anderson recommends that judgment be entered against Southwest Air Conditioning Inc. in the amount of $184,501.70.

Upon consideration of the record and Judge Anderson's thorough Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Doc. 21).

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Doc. 17) is **GRANTED**. Counsel for plaintiff is directed to provide a copy of this Order to defendant at its last known address.

The Clerk of Court is directed to enter Rule 58 judgment in favor of plaintiff and against Southwest Air Conditioning Inc. in the amount of $184,501.70 – which consists of $143,263.65 in unpaid contributions, $11,515.27 in interest, $18,153.11 in liquidated damages, $3,467.97 in audit fees, and $8,101.70 in attorneys' fees and costs.

The Clerk is further directed to provide a copy of this Order to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
September 18, 2018

T. S. Ellis, III
United States District Judge